# BRIDGET SHERIDAN
## v.
## DANIEL SHERIDAN

### 1812

#### JOURNAL ENTRIES

1. Petition and bill of complaint read . . . . *Journal, infra,* \*p. 400
2. Appearance; rule to answer . . . . . . . . . " 400
3. Rule for recognizance . . . . . . . . . . " 400
4. Answer filed; replication . . . . . . . . . " 401
5. Decree . . . . . . . . . . . . . . . " 401

#### PAPERS IN FILE

1. Petition . . . . . . . . . . . . . . *Printed in Vol. 2*
2. Precipe for summons and subpoena . . . . . . "
3. Subpoena for Capt. John Whistler, Capt. S. T. Dyson,
   Sergt. Patrick Cassety and John Widle . . . . . . .
4. Subpoena for Samuel Pogue . . . . . . . . . . .
5. Petition and order for special term of court . . . . "
6. Answer . . . . . . . . . . . . . . "
7. Affidavit of Bridget Sheridan . . . . . . . . "